United States Bankruptcy Court

Central District of California

Ehrenberg, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 23-01175-VZ

Iris Berdugo, an individual,,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2023 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Howard Ehrenberg, Chapter 7 Trustee, Greenspoon Marder LLP, 1875 Century Park East, Ste. 1900, Los Angeles, CA 90067-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Iris Berdugo, an individual, |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Howard M Ehrenberg (TR) | ehrenbergtrustee@gmlaw.com<br>ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com |
| Mark S Horoupian | on behalf of Plaintiff Howard Ehrenberg  Chapter 7 Trustee mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com |
| Steven Werth | on behalf of Plaintiff Howard Ehrenberg  Chapter 7 Trustee steven.werth@gmlaw.com, swerth@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com |

District/off: 0973-2 User: admin Page 2 of 2
Date Rcvd: Nov 17, 2023 Form ID: pdf031 Total Noticed: 1

United States Trustee (LA)
                      ustpregion16.la.ecf@usdoj.gov

TOTAL: 4

Steven F. Werth (CA Bar No. 205434)
*steven.werth@gmlaw.com*
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.617.5210
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg,
Chapter 7 Trustee

**FILED & ENTERED**

NOV 17 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mohammad DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-16403-VZ |
| SPECTRUM LINK, INC., | Chapter 7 |
| Debtor. | Adversary No.: 2:23-ap-01175-VZ |
| HOWARD M. EHRENBERG, Chapter 7 Trustee, | **ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1** |
| Plaintiff, | |
| vs. | Date:  November 7, 2023<br>Time:  11:00 a.m.<br>Place: Courtroom 1368<br>255 East Temple Street<br>Los Angeles, CA 90012<br>Hon. Vincent P. Zurzolo |
| IRIS BERDUGO, an individual, | |
| Defendant. | |

SFW 55499250v1

On October 6, 2023, plaintiff Howard M. Ehrenberg, the chapter 7 trustee ("Plaintiff") for the bankruptcy estate (the "Estate") of the debtor Spectrum Link, Inc., filed his *Motion For Default Judgment Under LBR 7055-1* (the "Motion") [Adversary Docket No.. 14]. The Motion came on regularly for a hearing on November 7, 2023, at 11:00 a.m., before the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, presiding. Appearances were as noted on the record.

The Court, having considered the Motion, and the pleadings filed in support of the Motion, including the attached Memorandum of Points and Authorities, the supporting declarations of Plaintiff and Steven F. Werth, and the documentary evidence attached hereto, for good cause appearing, and for the reasons stated in the Court's findings of fact and conclusions of law as noted on the record,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted; and

2. Default judgment shall be entered against Defendant Iris Berdugo, and in favor of Plaintiff, on the following claims for relief in the Complaint:

    (a) The first claim for relief--avoidance of intentional fraudulent transfers under 11 U.S.C. § 544(b) and Civil Code §§ 3439.04(a)(1) and 3439.07; and

    (b) The fifth claim for relief--recovery of avoided transfers under 11 U.S.C. § 550.

###

Date: November 17, 2023

Vincent P. Zurzolo
United States Bankruptcy Judge

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

SFW 55499250v1

1