EUGENE KIM-ASSIGNEE OF RECORD
453 S SPRING ST STE 400
LOS ANGELES CA 90013
Phone #: 213-800-4989

APPEARING IN PRO SE

FILED
MAY 30 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-16403-VZ |
| SPECTRUM LINK, INC., | Chapter 7 |
| Debtor.    vs. | Adversary No.: 2:23-ap-01175-VZ |
| HOWARD M. EHRENBERG, Chapter 7 Trustee, | **NOTICE OF AND ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT.** |
| Plaintiff, | |
| vs. | |
| IRIS BERDUGO, an individual, | |
| Defendants. | |

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -1-

COMES NOW, Plaintiff HOWARD M. EHRENBERG, Chapter 7 Trustee., in the above captioned matter, and moves the Court to hereby accept this Notice of and Assignment of Judgment. In support thereof, the following information is provided:

1) THAT the original Judgment was entered on or about 11/22/2023.

2) THAT Judgment was entered in favor of Plaintiff and against Defendant. Iris Berdugo.

3) THAT the Court awarded a judgment in the total amount of $129,450.00.

4) THAT there have been no renewals since the entry of said judgment by this Court and that Plaintiff has received $00.00 of judgment from Defendant.

5) THAT, HOWARD M. EHRENBERG, Chapter 7 Trustee is the judgment creditor of record.

6) THAT the last address of record for the judgment debtor is 204 Chickadee Ln, Leander, TX 78641.

7) THAT I/we hereby authorize, without limitation, the transfer and assignment of all title, rights, interests and authority, and all other rights in law and/or equity be it past present or future, in said judgment to the following person:

EUGENE KIM
453 S SPRING ST STE 400
LOS ANGELES CA 90013

8) THAT I/we relinquish all claim of right/s in the above captioned matter to Assignee as a full and final assignment, and pray the Clerk of the Court file this Notice of and Acknowledgement of Assignment in the above captioned case forthwith, so naming EUGENE KIM as Assignee of Record.

Signed this __28th__ day of __May__, 2024 at __Los Angeles_____.  _____.

Signature: _____/s/ Howard M. Ehrenberg_____

HOWARD M. EHRENBERG, Chapter 7 Trustee.